**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**BRIDGETTE BELTON,**

        **Plaintiff,**

**-vs-**	Case No. 6:08-cv-1544-Orl-KRS

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint for review of the final decision of the Commissioner denying the Plaintiff's Social Security disability benefits (Doc. No. 1) filed September 8, 2008.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and that the case be remanded for further review. No objections have been filed.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 18, 2009 (Doc. No. 17) is hereby **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is remanded for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to issue judgment for the plaintiff and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE